UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 04-20159-CR- GOLD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MANUEL ISAAC MARQUEZ, SR.,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTIONS

    On April 23, 2008, this Court heard oral argument pursuant to the motions identified herein:

    1) Defendant's renewed motion for severance and/or mistrial and memorandum of law, filed July 11, 2006 [DE 2344].

    2) Defendant's motion to arrest judgment pursuant Fed.R.Cr.P. Rule 34, filed March 3, 2008 [DE 2847].

    3) Defendant's motion for new trial pursuant to Fed.R.Cr.P. Rule 33, filed March 3, 2008 [DE 2848]. Based on the matters presented and the argument of counsel, it is hereby

    **ORDERED AND ADJUDGED** that the defendant's motions referenced herein and identified with DE numbers **2344**, **2847** and **2848** are hereby **denied** based on my findings and conclusions set forth record on April 23, 2008. In addition, as it relates to the defendant's motion to arrest judgment pursuant to Rule 34 [DE 2847], this Court set forth additional reasons in its ruling on DE 2344 which are hereby incorporated herein.

    **DONE AND ORDERED** at Miami, Florida, this _____ day of April, 2008 (*nunc pro tunc* April 23, 2008).

                                                                             _____
                                                                             UNITED STATES DISTRICT JUDGE
                                                                             ALAN S. GOLD

cc: counsel of record