|  |  |
|---|---|
|  | UNITED STATES DISTRICT COURT |
|  | SOUTHERN DISTRICT OF FLORIDA |
| UNITED STATES OF AMERICA, | CASE NO: 04-20159-CR-GOLD |
| Plaintiff, |  |
| VS. |  |
| JOSE BATTLE, et al |  |
| Defendant._____/ |  |

### ORDER AFFIRMING
### MAGISTRATE JUDGE'S ORDER DE 2845

On November 20, 2008, this matter came for hearing pursuant to this Court's order setting hearing on objections to Magistrate Judge's Order [2845] on the following motions:

1) Objections filed by Petitioners Harold Marchena, Jose Mendez to Magistrate Judge's order [DE 2885].

After a *de novo* review of all of the submissions of the parties and the record in this case, it is hereby

**ORDERED AND ADJUDGED** as follow:

1) This Court hereby adopts and affirms, as amended slightly, the Chief Magistrate Judge's Order at Docket Entry 2845, along with all of its findings of fact and conclusions of law, for the reasons stated of record.

**DONE AND ORDERED** at Miami, Florida, this __20th__ day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:   Chief Magistrate Judge Bandstra
      Counsel of Record