UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　CASE NO: 04-20159-CR-GOLD

　　　　　Plaintiff,

VS.

JOSE MIGUEL BATTLE, SR., et al.,

　　　　　Defendants.
_____/

# ORDER AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

This matter is before the Court pursuant to the following motions: (1) Government's Motion for Final Order of Forfeiture as to All Property of Defendants Who Have Been Sentenced and Against Whom Criminal Forfeiture Has Been Imposed [**DE 2956**] and (2) Claimant Domingo Toribio's Motion to Appear and Make Claim to Defendants Forfeited Assets and to Stay Entry of Final Order of Forfeiture [**DE 2964 and DE 2967**].

　　A review of the docket sheet in this cause reveals that on October 8, 2009, the undersigned issued an Order of Referral [DE 2976] to Magistrate Judge Chris McAliley. On December 16, 2009, Magistrate Judge Chris McAliley issued an Report and Recommendation [DE 2985] relative the aforementioned motions.

　　The parties were permitted to file objections, up to and including January 4, 2010, to the Report and Recommendation. Further review of the docket sheet reveals that no objections have been filed. Accordingly, it is hereby

　　**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [DE 2985] is hereby affirmed and adopted. It is further

　　**ORDERED AND ADJUDGED** as follows:

　　1) The Government's Motion for Final Order of Forfeiture as to All Property of Defendants Who Have Been Sentenced and Against Whom Criminal Forfeiture Has Been Imposed [**DE 2956**] is hereby **granted.**

　　2) The Government's proposed Final Order of Forfeiture filed at DE 2984-2 shall be entered as an Order of this Court.

　　3) Domingo Toribio's Motion to Appear and Make Claim to Defendants Forfeited Assets and to Stay Entry of Final Order of Forfeiture [**DE 2964 and DE 2967**] are hereby **denied.**

U.S.A. VS BATTLE, et. al., CASE NO: 04-20159-CR-GOLD

**DONE AND ORDERED** at Miami, Florida, this _____14_____ day of January, 2010.

UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:   Magistrate Judge Chris McAliley

AUSA Alison Lehr

Leonard Sands, Esquire for Claimant Toribio

Counsel of record